**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam<br>Court Reporter: Adrienne Whitlow<br>Probation Officer: Michelle Means<br>Interpreter: Marcella Salazar | Date: August 13, 2009 |

Criminal Action No.: 08-cr-00262-JLK

*Parties:*                                                             *Counsel:*

UNITED STATES OF AMERICA,                         Mark J. Barrett

    Plaintiff,

v.

GUILLERMO SOLIS-CARMONA,                       Jonathan S. Willett

    Defendant.

---

**SENTENCING MINUTES**

---

**2:06 p.m.      Court in session.**

Court calls case. Defendant present in custody. Appearances of counsel. Also present, Special Agent, Sara Catherine Bay.

Interpreter sworn.

**Change of Plea Hearing:   April 1, 2009.**

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report and addendum.

Discussion regarding the "Safety Valve" provision.

2:09 p.m.      Government's witness, Sara Catherine Bay, called and sworn.
                Direct examination begins by Mr. Barrett.

*08-cr-00262-JLK-3*
*Sentencing*
*August 13, 2009*

2:14 p.m.     Cross examination begins by Mr. Willett.

2:15 p.m.     Witness excused.

The Court admonishes the Government regarding inconsistent testimony on the issue of the "Safety Valve" provision, and sentencing disparities.

The Court advises the Government regarding expectations in future hearings with multiple defendants.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**ORDERED:   Defendant's Sentencing Memorandum and Motion For Variance (Filed 8/11/09; Doc. No. 202) is GRANTED.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count One to a term of imprisonment of **36 months**, with the Court's recommendation of credit for time served.

**The Court will make the recommendation that the Defendant serves the remaining sentence in the Federal District of Colorado.**

**SUPERVISED RELEASE**:
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **5 years**.

**Conditions of supervised release:**
- (X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X)   Defendant shall not commit another federal, state or local crime.
- (X)   Defendant shall not possess a firearm or destructive device.
- (X)   Defendant shall comply with the standard conditions adopted by the Court.
- (X)   Defendant shall not illegally possess controlled substances.
- (X)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a

2

*08-cr-00262-JLK-3*
*Sentencing*
*August 13, 2009*

          controlled substance.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- (X) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are waived because the Presentence Report indicates a low risk of future substance abuse by defendant.

**Special conditions of supervised release:**
- (X) Defendant, if deported, shall not return to the United States illegally. If the defendant re-enters the United States legally, defendant shall report to the nearest United States Probation Office within 72 hours of his return.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**2:43 p.m.    Court in recess.**
Hearing concluded.
Total in-court time: 37 minutes.